780 A.2d 604

Richard A. FLETCHER, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

No. 98 MAP 2001.

Supreme Court of Pennsylvania.

Sept. 5, 2001.

*ORDER*

PER CURIAM:

**AND NOW,** this 5th day of September, 2001, probable jurisdiction is noted and the order appealed is affirmed.